**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Ronald James AMISON, Defendant–Appellant.**

**No. 05–10978**
**Non–Argument Calendar.**
**D.C. Docket No. 04–00298–CR–H–S.**

United States Court of Appeals, Eleventh Circuit.

March 15, 2006.

Brett M. Bloomston, Bloomston & Callaway, Birmingham, AL, for Defendant–Appellant.

Laura Drinkard Hodge, U.S. Attorney, Birmingham, AL, for Plaintiff–Appellee.

Before TJOFLAT, ANDERSON and BIRCH, Circuit Judges.

PER CURIAM:

Brett M. Bloomston, appointed counsel for Ronald James Amison in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and

Amison's convictions and sentences are AFFIRMED.